UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>        Plaintiff,<br><br>    v.<br><br>GILEAD SCIENCES INC,<br><br>        Defendant. | Case No. 17-cv-06056-VC<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 297 |

In light of Gilead's stipulation (Dkt. No. 305 at 4), the motion for a stay is granted. The litigation is stayed until the Board declines to institute proceedings or issues final written decisions on the merits of Gilead's four pending petitions.

**IT IS SO ORDERED.**

Dated: March 9, 2018

VINCE CHHABRIA
United States District Judge