| | |
|---|---|
| Irene Yang (SBN 245464)<br>irene.yang@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772 1200<br>Facsimile: (415) 772 7400<br><br>J. Scott McBride (*pro hac vice*)<br>scott.mcbride@bartlit-beck.com<br>BARTLIT BECK LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440<br><br>[Additional counsel listed below]<br><br>Counsel for Defendant<br>GILEAD SCIENCES, INC. | Michael A. Albert (*pro hac vice*)<br>malbert@wolfgreenfield.com<br>Gerald B. Hrycyszyn (SBN 227814)<br>ghrycyszyn@wolfgreenfield.com<br>Edward R. Gates (*pro hac vice*)<br>egates@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Telephone: (617) 646-8000<br>Facsimile: (617) 646-8646<br><br>Counsel for Plaintiff REGENTS OF THE<br>UNIVERSITY OF MINNESOTA |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　　Defendant. | Case No.  3:17-cv-06056-VC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Vince Chhabria |

On March 6, 2023, the Federal Circuit affirmed the Patent Trial and Appeal Board's decision in IPR2017-01712 finding U.S. Patent No. 8,815,830 invalid for anticipation. Plaintiff Regents of the University of Minnesota does not intend to file a petition for writ of certiorari. Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Regents of the University of Minnesota and Defendant Gilead Sciences, Inc. hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own fees and costs.

DATED: April 26, 2023

By: /s/ *J. Scott McBride*
    J. Scott McBride (*pro hac vice*)
    scott.mcbride@bartlit-beck.com
    Nevin Gewertz (*pro hac vice*)
    nevin.gewertz@bartlit-beck.com
    Rebecca Horwitz (*pro hac vice*)
    rebecca.horwitz@bartlit-beck.com
    Mark Ouweleen (*pro hac vice*)
    mark.ouweleen@bartlit-beck.com
    BARTLIT BECK LLP
    54 W. Hubbard Street, Suite 300
    Chicago, IL 60654
    Tel: (312) 494-4400
    Fax: (312) 494-4440

    Glen E. Summers (*pro hac vice*)
    glen.summers@bartlit-beck.com
    Nosson D. Knobloch (*pro hac vice*)
    nosson.knobloch@bartlit-beck.com
    Alison G. Wheeler (*pro hac vice*)
    alison.wheeler@bartlit-beck.com
    Meg E. Fasulo (*pro hac vice*)
    meg.fasulo@bartlit-beck.com
    BARTLIT BECK LLP
    1801 Wewatta Street, Suite 1200
    Denver, CO 80202
    Tel: (303) 592-3100
    Fax: (303) 592-3140

    Irene Yang (SBN 245464)
    Sue Wang (SBN 286247)
    SIDLEY AUSTIN LLP

Respectfully submitted,

By: /s/ *Michael A. Albert*
    Michael A. Albert (*pro hac vice*)
    malbert@wolfgreenfield.com
    Gerald B. Hrycyszyn (State Bar No. 227814)
    ghrycyszyn@wolfgreenfield.com
    Edward R. Gates (*pro hac vice*)
    egates@wolfgreenfield.com
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA 02210
    Telephone: (617) 646-8000
    Facsimile: (617) 646-8646

Counsel for Plaintiff *Regents of the University of Minnesota*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

555 California Street, Suite 2000
San Francisco, CA 94104
irene.yang@sidley.com
sue.wang@sidley.com

Counsel for Defendant
*Gilead Sciences, Inc*.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ___April 27___, 2023

_____
Honorable Vince Chhabria
United States District Judge